# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

CASE NO.: _____

-------------------------------------------------------X
PRESTON GIULIANO CAPITAL
PARTNERS LLC D/B/A JWC NAPLES 701
LLC,

           Plaintiff,

v.

UNDERWRITERS AT LLOYD'S, LONDON,
INDIAN HARBOR INSURANCE
COMPANY, QBE SPECIALTY INSURANCE
COMPANY, STEADFAST INSURANCE
COMPANY, GENERAL SECURITY
INDEMNITY COMPANY OF ARIZONA,
UNITED SPECIALTY INSURANCE
COMPANY, LEXINGTON INSURANCE
COMPANY, PRINCETON EXCESS AND
SURPLUS LINES INSURANCE COMPANY,
INTERNATIONAL INSURANCE COMPANY
OF HANNOVER SE, AND OLD REPUBLIC
UNION INSURANCE COMPANY,

           Defendants.
-------------------------------------------------------X

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1441 and 1446 and 9 U.S.C. § 205, come now defendants and without waiving any objections to personal jurisdiction, service of process, or the sufficiency of service of process, hereby file this Notice of Removal of the above-captioned matter from the Circuit Court of the 20th Judicial Circuit of Florida, Collier County (the "State Court Action"), to the United States District Court for the Middle District of Florida. In support of the removal, defendants respectfully state:

774019 1

## STATE COURT ACTION

1. Plaintiff Preston Giuliano Capital Partners LLC d/b/a JWC Naples 701 LLC ("Preston Giuliano") filed this action against the defendants, Certain Underwriters at Lloyd's, London ("Underwriters"), Indian Harbor Insurance Company ("Indian Harbor"), QBE Specialty Insurance Company ("QBE"), Steadfast Insurance Company ("Steadfast"), General Security Indemnity Company of Arizona ("GSIC"), United Specialty Insurance Company ("USI"), Lexington Insurance Company ("Lexington"), Princeton Excess and Surplus Lines Insurance Company ("Princeton Excess"), International Insurance Company of Hannover SE ("Hannover"), and Old Republic Union Insurance Company ("ORUIC") (collectively hereinafter, "Defendants") on or about June 19, 2018. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b) of the Middle District of Florida, all process, pleadings, orders, and other papers and exhibits on file in the State Court Action, including all process, pleadings and orders served upon Defendants. *See* attached hereto as Exhibit "A".

2. Plaintiff alleges in its complaint that defendants have breached policies of insurance under which plaintiff is insured by allegedly failing to pay plaintiff's full claim arising from a windstorm that took place on September 10, 2017.

3. Service of the summons and complaint was made on Princeton Excess, QBE, and USI by service on the Chief Financial Officer of the State of Florida and forwarded to their designated agents on July 2, 2018. Subsequently, service of the summons and complaint was made on Underwriters, Indian Harbor, Steadfast, Hannover, ORUIC, and GSIC by service on the Chief Financial Officer of the State of Florida and forwarded to their designated agents on July 10, 2018, and service was similarly effected on Lexington on July 11, 2018. This Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b) and *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), because it is being filed within thirty (30)

days after a copy of the initial pleading setting forth the claim for relief upon which this action is based was served upon Defendants. *See* Composite Ex. B, Returns of Service.

4. As to all defendants this Court has original jurisdiction pursuant to 28 U.S.C. §1332 (a)(1) and (2).

5. The Complaint seeks monetary damages for each defendants' alleged breach of the commercial property insurance policy issued from June 1, 2017 to June 1, 2018 to Preston Giuliano Capital Partners, LLC under account number 461218 by Defendants pursuant to the following policy numbers: AMR-38323-03 (Underwriters), AMP7521262-04 (Indian Harbor), MSP-14865-04 (QBE), CPP5713980-04 (Steadfast), 10T029659-01474-17-02 (GSIC), USI-11452-03 (USI), LEX-084296285-03 (Lexington), 7DA3CM0001441-03 (Princeton Excess), HAN-11453-03 (Hannover), and ORAMPR001981-00 (ORUIC). *See* Ex. A, Complaint, Exhibit "A".

## JURISDICTION

### I. **Diversity of Citizenship**

6. Plaintiff Preston Giuliano and defendants are citizens of different states for purposes of diversity jurisdiction.

7. Preston Giuliano is a Florida corporation with its principal place of business in Florida. Attached hereto as Exhibit "C" is a true and correct copy of a publicly-available record from the website of the Florida Department of State, Division of Corporations (http://sunbiz.org) confirming that Bermuda Dunes is incorporated in Florida and has its principal place of business at 6830 Porto Fino Circle, Suite 2, Fort Myers, FL 33912.

8. Underwriters is a citizen of Great Britain. The lead underwriter at Lloyd's subscribing to the policy at issue is TokioMarineKiln, Syndicate No. 510, a corporation

organized under the laws of the United Kingdom, with its principal place of business in London, England.[1]

9. Indian Harbor is a Delaware corporation with its principal place of business in Connecticut. Attached as Exhibit "D" is a true and correct copy of publicly-available records from the website of the Florida Office of Insurance Regulation (www.floir.com).

10. QBE is a North Dakota corporation with its principal place of business in New York. Attached as Exhibit "E" is a true and correct copy of publicly-available records from the website of the Florida Office of Insurance Regulation (www.floir.com).

11. Steadfast is a Delaware corporation with its principal place of business in Illinois. Attached as Exhibit "F" is a true and correct copy of publicly-available records from the website of the Florida Office of Insurance Regulation (www.floir.com).

12. GSIC is an Arizona corporation with its principal place of business in New York. Attached as Exhibit "G" is a true and correct copy of publicly-available records from the website of the Florida Office of Insurance Regulation (www.floir.com).

13. USI is a Delaware corporation with its principal place of business in Texas. Attached as Exhibit "H" is a true and correct copy of publicly-available records from the website of the Florida Office of Insurance Regulation (www.floir.com).

14. Lexington is a Delaware corporation with its principal place of business in Massachusetts. Attached as Exhibit "I" is a true and correct copy of publicly-available records from the website of the Florida Office of Insurance Regulation (www.floir.com).

---

[1] Per *Underwriters at Lloyd's of London v. Osting-Schwinn*, 2006 WL 947815 (M.D. Fla. 2006), the lead underwriter at Lloyd's is the real party to the controversy for diversity of citizenship purposes.

774019 1

15. Princeton Excess is a Delaware corporation with its principal place of business in New Jersey. Attached as Exhibit "J" is a true and correct copy of publicly-available records from the website of the Florida Office of Insurance Regulation (www.floir.com).

16. Hannover is a German corporation with its principal place of business in Hannover, Germany.

17. ORUIC is an Illinois corporation with its principal place of business in Illinois. Attached as Exhibit "K" is a true and correct copy of publicly-available records from the website of the Florida Office of Insurance Regulation (www.floir.com).

18. Based upon the above, Preston Giuliano is a citizen of the State of Florida and defendants are citizens of the States of Delaware, North Dakota, Arizona, Illinois, as well as Germany, and the United Kingdom for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332. Accordingly, complete diversity of citizenship exists as between Preston Giuliano on the one hand and defendants on the other.

## II. Amount in Controversy

19. The amount in controversy in this action exceeds the $75,000 threshold contained in 28 U.S.C. § 1332(a).

20. The Complaint in this action does not seek a sum certain. It merely alleges that Preston Giuliano is seeking monetary damages in excess of $15,000, exclusive of interest, costs and attorney's fees. *See* Ex. A, Complaint at ¶1.

21. The Policy insures multiple properties operated by Preston Giuliano, including the premises located at 3504-3531 Plantation Way, Naples, FL 34109 (the "Property"), a residential development consisting of ten (10) buildings, seven of which house apartments units, with a maximum limit of liability of $161,918,650. *See* Ex. A, Complaint, Exhibit "A".

5

774019.1

22. Preston Giuliano submitted a claim to defendants for damage to the buildings at the insured premises. In support thereof, Preston Giuliano provided defendants with a proof of loss dated December 13, 2017 (the "POL"). Per the POL, the cost to repair the claimed damage to the buildings at the insured premises totaled $3,396,067.55. A copy of the POL is attached hereto as Exhibit "L".

23. For these reasons, the amount in controversy in this matter exceeds the $75,000 threshold as set forth in 28 U.S.C. § 1332(a) for this Court to exercise jurisdiction.

24. In sum, because diversity of citizenship exists as between Preston Giuliano on the one hand and defendants on the other, and the amount in controversy exceeds $75,000, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

25. The United States District Court for the Middle District of Florida embraces actions pending in Collier County, Florida. The State Court Action is pending in Collier County. Accordingly, this Court is the proper federal venue for this action.

26. No previous application has been made for the relief requested herein.

27. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Preston Giuliano and a copy is being filed with the Clerk of the Circuit Court of the Twentieth Judicial Circuit of Florida, Orange County.

**WHEREFORE**, defendants, Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company, International Insurance Company of Hannover SE, and Old Republic Union Insurance Company, respectfully remove this action from the Circuit Court of the Twentieth Judicial Circuit of Florida, Collier County.

774019.1

Dated: August 1st, 2018

Respectfully submitted,

MOUND COTTON WOLLAN & GREENGRASS LLP

By: _____
Brian M. McKell, Esq.
Florida Bar No. 975753
Brooke Oransky, Esq.
MOUND COTTON WOLLAN &
  GREENGRASS LLP
101 N.E. Third Avenue, Suite 1500
Ft. Lauderdale, FL 33301
Phone: (954) 467-5800
Fax:    (954) 467-5880
email: bmckell@moundcotton.com
email: boransky@moundcotton.com
*Attorneys for Defendants*

7

774019.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal by Defendants, Underwriters, Indian Harbor, QBE, Steadfast, GSIC, USI, Lexington, Princeton Excess, Hannover, and ORUIC was served upon the following via email (without exhibits) and Federal Express, Overnight Delivery (with exhibits) on the 1st day of August 2018:

Max M. Messinger, Esq.
**Kanner & Pitaluga, P.A.**
926 S. Federal Highway, Sixth Floor
Boca Raton, Florida 33432
Tel. (561) 424-0032
Fax: (561) 853-2188
Email: mmessinger@kpattorney.com
Secondary email: ktorres@kpattorney.com

*Attorneys for Plaintiff, Preston Giuliano Capital Partners LLC dba JWC Naples 701 LLC*

Brian M. McKell