**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION**

CASE NO.: 18-cv-00531-JES/CM

-----------------------------------------------------------X

PRESTON GIULIANO CAPITAL PARTNERS LLC D/B/A JWC NAPLES 701 LLC,

   Plaintiff,

v.

UNDERWRITERS AT LLOYD'S, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY, INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE, AND OLD REPUBLIC UNION INSURANCE COMPANY,

   Defendants.

-----------------------------------------------------------X

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's August 6, 2018 Order [D.E. 4] requiring filing hereof, defendants, Certain Underwriters at Lloyd's London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company, International Insurance Company of

Hannover SE, and Old Republic Union Insurance Company, respectfully submit this Certificate of Interested Persons and Corporate Disclosure Statement, disclosing the following

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Certain Underwriters at Lloyd's London

       1. Syndicate 510 is an unincorporated association, the managing agent of which is Tokio Marine Kiln Syndicates Limited and the majority corporate member is Tokio Marine Kiln Group Limited, registered in England and Wales

       2. Syndicate 33 is an unincorporated association, the managing agent of which is Hiscox Limited, registered in Bermuda

       3. QBE UK is a London, England based insurer, a wholly owned subsidiary of QBE Insurance Group Limited, an Australian insurer

    b. Indian Harbor Insurance Company

    c. QBE Specialty Insurance Company

    d. Steadfast Insurance Company

    e. General Security Indemnity Company of Arizona

    f. United Specialty Insurance Company

    g. Lexington Insurance Company is owned seventy percent (70%) by National Union Fire Insurance Company of the State of Pennsylvania, and ten percent (10%) by Chartis Property Casualty Company. Each of these parent corporations is a direct, wholly-owned one-hundred percent (100%) subsidiary of AIUH LLC, which is a wholly-owned, one-hundred percent (100%) subsidiary of American International Group, Inc., which is a publicly held corporation. With the exception of the AIG Credit Facility Trust, a trust established for the sole benefit of the United States Treasury, no parent entity or publicly held entity owns ten percent (10%) or more of the stock of the American International Group, Inc.

    h. Princeton Excess and Surplus Lines Insurance Company

    i. International Insurance Company of Hannover SE

    j. Old Republic Union Insurance Company

    k. Mound Cotton Wollan & Greengrass LLP

    l. Preston Giuliano Capital Partners LLC d/b/a JWC Naples 701 LLC

    m. Lebaron Preston

    n. Michael Giuliano

    o. Kanner & Pitaluga, P.A.

    p. DDavis & Associates, Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None.

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

- Preston Giuliano Capital Partners LLC d/b/a JWC Naples 701 LLC

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated: August 20, 2018

Respectfully submitted,

MOUND COTTON WOLLAN & GREENGRASS LLP

By:    s/ Brooke D. Oransky
       Brian M. McKell, Esq. (Fla. Bar No. 975753)
       bmckell@moundcotton.com
       Brooke D. Oransky (Fla. Bar No. 113049)
       boransky@moundcotton.com
       Mound Cotton Wollan & Greengrass LLP
       101 N.E. Third Avenue, Suite 1500
       Fort Lauderdale, FL 33301
       Tel. (954) 467-5800
       Fax (954) 467-5880

*Counsel for Defendant,*
*Certain Underwriters at Lloyd's London,*
*Indian Harbor Insurance Company,*
*QBE Specialty Insurance Company,*
*Steadfast Insurance Company,*
*General Security Indemnity Company of Arizona,*
*United Specialty Insurance Company,*
*Lexington Insurance Company,*
*Princeton Excess and Surplus Lines Insurance Company,*
*International Insurance Company of Hannover SE, and*
*Old Republic Union Insurance Company*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MEYERS DIVISION**

CASE NO.: 18-cv-00531-JES/CM

---------------------------------------------------------X
PRESTON GIULIANO CAPITAL :
PARTNERS LLC D/B/A JWC NAPLES 701 :
LLC, :
 :
      Plaintiff, :
v. :
 :
UNDERWRITERS AT LLOYD'S, LONDON, :
INDIAN HARBOR INSURANCE :
COMPANY, QBE SPECIALTY INSURANCE :
COMPANY, STEADFAST INSURANCE :
COMPANY, GENERAL SECURITY :
INDEMNITY COMPANY OF ARIZONA, :
UNITED SPECIALTY INSURANCE :
COMPANY, LEXINGTON INSURANCE :
COMPANY, PRINCETON EXCESS AND :
SURPLUS LINES INSURANCE COMPANY, :
INTERNATIONAL INSURANCE COMPANY :
OF HANNOVER SE, AND OLD REPUBLIC :
UNION INSURANCE COMPANY, :
 :
      Defendants. :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I hereby certify that on August 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.


                                            s/ Brooke D. Oransky
                                            Brooke D. Oransky

## SERVICE LIST

**Preston Giuliano Capital Partners LLC d/b/a JWC Naples 701 LLC,
v. Underwriters At Lloyd's, London, et al.**

**CASE NO.: 18-cv-00531-JES/CM**

**United States District Court, Middle District of Florida**

Max M. Messinger, Esq.
Kanner & Pitaluga, P.A.
926 S. Federal Highway, Sixth Floor
Boca Raton, Florida 33432
Tel. (561) 424-0032
Fax (561) 853-2188
*Counsel for Plaintiff,*
*Preston Giuliano Capital Partners LLC*
*dba JWC Naples 701 LLC*